## A92A1845. McKENNA et al. v. GRAY.
(444 SE2d 417)

BEASLEY, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *McKenna v. Gray,* 263 Ga. 753 (438 SE2d 901) (1994), the decision in *McKenna v. Gray,* 207 Ga. App. 444 (428 SE2d 370) (1993), is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court. The case is remanded to the trial court for proceedings not inconsistent herewith.

*Judgment reversed. Birdsong, P. J., and Andrews, J., concur.*

DECIDED MARCH 14, 1994.

*Heyman & Sizemore, William H. Major, William B. Brown, Robert B. Langstaff,* for appellants.
*Thomas W. Malone, Lawrence J. Pond,* for appellee.